IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SETH CHAVEZ,

    Plaintiff,

v.                                                  No. 1:18-cv-00997 SCY/JHR

CITY OF ALBUQUERQUE,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to an agreement of compromise and settlement and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby stipulates to the dismissal of all claims with prejudice. The parties shall each bear their own attorney's fees and costs.

**SUBMITTED:**

VALDEZ AND WHITE LAW FIRM, LLC

By: */s/ Timothy L. White*
      Timothy L. White
P.O. Box 25646
Albuquerque, NM 87125
Tel: (505) 345-0289
Fax: (505) 345-2573
tim@valdezwhite.com

*Attorneys for Plaintiff*

APPROVED:
Devon P. Moody
Ian G. Stoker
PO Box 2248
Albuquerque, NM  87103
(505) 768-4500
dmoody@cabq.gov
istoker@cabq.gov

*Assistant City Attorneys*